UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:09CR---46 |
| Plaintiff, | : | |
| | : | Judge |
| v. | : | |
| | : | **INDICTMENT** |
| DAVID BLISS (1) and, | : | 18 U.S.C. § 2 |
| DARLA BLISS (2) | : | 18 U.S.C. § 371 |
| Defendants. | : | 18 U.S.C. § 982 |
| | : | 18 U.S.C. § 1028A |
| | : | 18 U.S.C. § 1029 |
| | : | 18 U.S.C. § 1344 |
| | : | 18 U.S.C. § 1349 |

The Grand Jury charges that:   J. BARRETT

## COUNT 1
### Conspiracy to Commit Bank Fraud

**A.  THE CONSPIRACY AND ITS OBJECTS**

Beginning in or about September 2007, and continuing to on or about June 14, 2008, in the Southern District of Ohio and elsewhere, defendants **DAVID BLISS** and **DARLA BLISS** unlawfully, knowingly, and willfully did combine, conspire, confederate, and agree between and among themselves, to knowingly execute a scheme and artifice to defraud and to obtain the moneys, funds, credits, assets, and property owned by, or under the custody or control of, financial institutions, the deposits of which were at all relevant times insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. §§ 1344(1), 1344(2), and 2;

**B.  MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendants sought to accomplish the goals of their

conspiracy included, among others, the following:

1. Defendants **DAVID BLISS** and **DARLA BLISS** used the name, date of birth, and social security number of DB, a person known to the Grand Jury, without DB's consent, to open credit card accounts with Capital One and HSBC, federally-insured financial institutions.

2. Defendants **DAVID BLISS** and **DARLA BLISS** used DB's home address as the address of record for the HSBC credit card account and intercepted the mail from HSBC to DB. Defendants **DAVID BLISS** and **DARLA BLISS** took the HSBC credit card that was mailed to DB's home address without DB's knowledge or consent.

3. Defendants **DAVID BLISS** and **DARLA BLISS** used the fraudulently obtained credit cards to make unauthorized charges to obtain goods and services, including merchandise, food, gas, and hotel expenses, among other things.

## C. OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants, performed among others, the following overt acts:

1. On or about November 1, 2007, defendants **DAVID BLISS** and **DARLA BLISS** met with a representative of the UPS Store, located at 9378 Mason-Montgomery Road, Mason, Ohio 45040, in order to obtain mailbox service. Defendant **DARLA BLISS** submitted a fraudulent Health Care Power of Attorney document to the representative of the UPS Store. The Health Care Power of Attorney document purported to name defendant **DARLA BLISS** as DB's agent. Defendant **DARLA BLISS** submitted this fraudulent Health Care Power of Attorney form so the UPS Store and the U.S. Postal Service would allow mail addressed to DB to be delivered to the mailbox of **DAVID BLISS** and **DARLA BLISS**. Defendant **DARLA**

2

BLISS falsely listed DB's home address as defendant **DARLA BLISS'S** address on the Application for Delivery of Mail Through Agent form (PS Form 1583). Furthermore, Defendant **DARLA BLISS** included DB's last name on the PS Form 1583 in order to allow mail in DB's name to be delivered to defendants **DAVID and DARLA BLISS'S** mailbox at the UPS Store.

2. On or about November 8, 2007, defendant **DARLA BLISS** used a credit card account ending in 3962 in the name of DB and issued by HSBC Bank, a federally-insured financial institution, to purchase $18.42 worth of food at White Castle, located at 9001 Fields-Ertel Road, Cincinnati, Ohio.

3. On or about November 9, 2007, defendant **DAVID BLISS** used a credit card account ending in 3962 in the name of DB and issued by HSBC Bank, a federally-insured financial institution, to purchase $45 worth of gas at Circle K, located at 1101 State Route 28, Milford, Ohio.

4. On or about May 21, 2008, defendants **DAVID BLISS** and **DARLA BLISS** used DB's name, social security number, and date of birth to open a Capital One credit card account without DB's knowledge or consent. Defendants **DAVID BLISS** and **DARLA BLISS** caused Capital One to mail the credit card to: 9378 Mason-Montgomery Road, Suite 209, Mason, Ohio, 45040, which was defendant **DAVID and DARLA BLISS'S** UPS Store mailbox.

**All in violation of Title 18, United States Code, Section 1349.**

## COUNTS 2-4
### Bank Fraud

**A.     PURPOSE OF THE SCHEME AND ARTIFICE**

Beginning in or about September 2007, and continuing through June 14, 2008, in the Southern District of Ohio and elsewhere, defendants **DAVID BLISS** and **DARLA BLISS**, aiding and abetting each other, did knowingly execute a scheme and artifice to defraud and to obtain the moneys, funds, credits, assets, and property owned by, or under the custody or control of, financial institutions, the deposits of which were at all relevant times insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises.

**B.     THE SCHEME AND ARTIFICE**

The scheme and artifice to defraud and to obtain the moneys, funds, credits, assets, and property owned by, or under the custody or control of, financial institutions, the deposits of which were at all relevant times insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises is further described as follows:

The Grand Jury realleges and incorporates by reference Part B of Count 1 of the Indictment as though set forth in full herein.

**C.     THE EXECUTION OF THE BANK FRAUD SCHEME AND ARTIFICE**

Defendants **DAVID BLISS** and **DARLA BLISS** executed their scheme and artifice to defraud HSBC Bank by making unauthorized charges on the credit card issued by a federally-insured financial institution as follows:

4

| Count | Date | Issuing Bank | Credit Card account ending in | Location | Amount |
|---|---|---|---|---|---|
| 2 | 10/19/07 | HSBC | 3962 | Lowe's 9380 Mason-Montgomery Rd Mason, Ohio | $297.21 |
| 3 | 10/27/07 | HSBC | 3962 | Lowe's 9380 Mason-Montgomery Rd Mason, Ohio | $61.16 |
| 4 | 10/30/07 | HSBC | 3962 | Lowe's 9380 Mason-Montgomery Rd Mason, Ohio | $170.16 |

**All in violation of Title 18, United States Code, Sections 1344 and 2.**

## COUNT 5
**Conspiracy to Commit Access Device Fraud**

### A. THE ACCESS DEVICE FRAUD CONSPIRACY AND ITS OBJECTS

Beginning in or about September 2007, and extending through June 14, 2008, in the Southern District of Ohio and elsewhere, defendants **DAVID BLISS** and **DARLA BLISS**, unlawfully, knowingly, and willfully did combine, conspire, confederate, and agree between and among themselves, to knowingly and with intent to defraud use one or more unauthorized access devices, that is a card, code, and account number that could be used to obtain money, goods, services, and any other thing of value, specifically an American Express credit card with account number ending in 1000 and issued to DB, a person known to the Grand Jury, and by such conduct obtained things of value aggregating $1,000 or more, said use affecting interstate commerce in that the defendants **DAVID BLISS** and **DARLA BLISS** used said access devices to make credit card purchases in

5

violation of 18 U.S.C. § 1029(a)(2).

**B.     MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendants sought to accomplish the goals of their access device fraud conspiracy included, among others, the following:

The Grand Jury realleges and incorporates by reference Part B of Count 1 of the Indictment as though set forth in full herein.

**C.     OVERT ACTS**

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants, performed among others, the following overt acts:

1. From on or about June 20, 2007, to on or about September 23, 2007, defendants **DAVID BLISS** and **DARLA BLISS** stayed at the Residence Inn, located at 11689 Chester Road, Cincinnati, Ohio, 45246.

2. On or about September 29, 2007 defendants **DAVID BLISS** and **DARLA BLISS** submitted a Credit Card Authorization Form to the Residence Inn, which included the forged signature of DB, a person whose identity is known to the Grand Jury, and purported to authorize charges up to $6,600 on an American Express credit card account ending in 1000 in the name of DB.

3. On or about September 29, 2007, defendants **DAVID BLISS** and **DARLA BLISS** used a credit card account ending in 1000 in the name of DB and issued by American Express, a federally-insured financial institution, to pay Residence Inn $1,572 as payment for their hotel bill.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 6
### Access Device Fraud

From on or about September 29, 2007, and extending through September 28, 2008, in the Southern District of Ohio and elsewhere, defendants **DAVID BLISS** and **DARLA BLISS**, aiding and abetting each other, did knowingly and with intent to defraud use one or more unauthorized access devices, that is a card, code, and account number that could be used to obtain money, goods, services, and any other thing of value, specifically an American Express credit card with account number ending in 1000 and issued to DB, a person known to the Grand Jury, and by such conduct obtained things of value aggregating $1,000 or more, said use affecting interstate commerce in that the defendants **DAVID BLISS** and **DARLA BLISS** used said access device to make credit card purchases.

**All in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.**

## COUNT 7
### Aggravated Identity Theft

Beginning in or about September 2007, and continuing to on or about June 14, 2008, in the Southern District of Ohio, defendants **DAVID BLISS** and **DARLA BLISS**, aiding and abetting each other, during and in relation to the crime of conspiracy to commit bank fraud as set forth in Count 1 of this Indictment, did knowingly possess and use, without lawful authority, a means of identification of DB, a person known to the Grand Jury, namely, the name, social security number, and date of birth of DB.

**In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.**

## FORFEITURE ALLEGATION 1
### Specified Unlawful Activity Proceeds

Upon conviction of one or more of the offenses alleged in Count 1 (conspiracy to commit bank fraud) and Count 5 (conspiracy to commit access device fraud) of this Indictment, defendants **DAVID BLISS** and **DARLA BLISS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to a sum of money equal to the total amount of money in United States currency, representing the amount of proceeds obtained as a result of the offenses, 18 U.S.C.§ 1349, conspiracy to commit bank fraud and 18 U.S.C.§ 371, conspiracy to commit access device fraud, for which the defendants are jointly and severally liable.

**All in accordance with 18 U.S.C. § 982(a)(2), and Rule 32.2(a), Federal Rules of Criminal Procedure.**

### SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. §

853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
DEPUTY CRIMINAL CHIEF