UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA       :
                               :    09-CR-046
                               :
                               :    **ORDER**
                               :
    v.                         :
                               :
                               :
DAVID BLISS                    :
                               :
                               :
                               :

On September 16, 2010, this Court sentenced David Bliss to thirty-seven months on one count and twenty-four months on another count of a seven-count indictment, with the sentences to be served consecutively (doc. 68). Mr. Bliss's case was terminated from the Court's docket on October 14, 2010. On July 26, 2012, Mr. Bliss submitted several motions to the Court: a motion for a letter of recommendation (doc. 81) and motions for a court order to get documents and/or medical records from the United States Marshal's Office (doc. 82), from the Hamilton County Jail (doc. 83) and from the United States Probation Office (doc. 84).

As the Government observes in its Response to Defendant's motions, the Court has no jurisdiction to entertain these motions (doc. 90). Indeed, the sentence imposed by the Court was a final

judgment, which divested the Court of jurisdiction over Mr. Bliss, except as otherwise provided in the Federal Rules of Criminal Procedure, 28 U.S.C. §2255, 28 U.S.C. §3582, or 28 U.S.C. §1651(a). None of the foregoing provides an exception applicable to Mr. Bliss's circumstances.  Therefore, the Court cannot entertain his motions, and they are consequently DENIED.

      SO ORDERED.


DATED: October 2, 2012   /s/ S. Arthur Spiegel

                                      S. Arthur Spiegel
                                      United States Senior District Judge