**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 28, 2015

Mr. David Bliss
Butler County Jail
705 Hanover Street
Hamilton, OH 45011

Ms. Claire C. Curtis
Federal Public Defender's Office
1660 W. Second Street
Suite 750
Cleveland, OH 44113

Mr. Anthony Springer
Office of the U.S. Attorney
221 E. Fourth Street
Suite 400
Cincinnati, OH 45202

>  Re: Case No. 15-3623/15-3625, *USA v. David Bliss*
>     Originating Case No. : 1:09-cr-00046-1

Dear Counsel and Mr. Bliss:

   The Court issued the enclosed (Order/Opinion) today in this case.

>  Sincerely yours,
>
>  s/Amy E. Gigliotti
>  Case Manager
>  Direct Dial No. 513-564-7012

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 15-3623/15-3625

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DAVID BLISS

       Defendant - Appellant

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

       **ENTERED PURSUANT TO RULE 45(a),**
       **RULES OF THE SIXTH CIRCUIT**
       Deborah S. Hunt, Clerk

Issued:  October 28, 2015